IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NAKIA L. DERRICK,<br><br>    Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, ET. AL.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 2:23-CV-498-RWS-RSP<br>§<br>§<br>§<br>§<br>§ |

**FINAL JUDGMENT**

Pursuant to the Court's Order adopting the report and recommendation of the Magistrate Judge, the Court hereby enters final judgment. Accordingly, it is

**ORDERED** that Plaintiff's case against Defendant Union Pacific Railroad Company is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that Plaintiff's case against Defendant Power Secure, Inc. is **DISMISSED WITHOUT PREJUDICE**. It is further

**ORDERED** that any pending motions in the above-captioned case are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 3rd day of July, 2024.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE